UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20547-CR-UNGARO

UNITED STATES OF AMERICA

v.

REINALDO GUERRA,

　　　Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Saturn Capital Advisors, LLC's

Unopposed Motion to Vacate Order (D.E. 92) and the Government's Renewed

Motion to Compel Delivery of Forfeited Asset (D.E. 99).

THE COURT has considered the record as a whole and is otherwise fully

advised of the premises.

This matter was referred to Magistrate Judge Edwin G. Torres, who issued a

Report recommending that the motions be denied as moot because the parties have

reached an agreement, which they have memorialized in a proposed order. (D.E.

105.) The parties were afforded the opportunity to file objections to the Report; no

objections were filed. Accordingly, upon *de novo* review of the record, it is

ORDERED AND ADJUDGED that the Report of the Magistrate Judge (D.E.

105) is RATIFIED, ADOPTED, and AFFIRMED; Saturn Capital Advisors, LLC's

Motion (D.E. 92) and the Government's Motion (D.E. 99) are DENIED AS MOOT.

The parties' joint *ore tenus* motion to appoint a Receiver will be granted by separate

order.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of

February, 2012.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record